**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6984**

RICHARD LEO WILLIAMS,

            Petitioner - Appellant,

        v.

COMMONWEALTH OF VIRGINIA,

            Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:18-cv-00535-CMH-JFA)

Submitted:  October 18, 2018                               Decided:  October 23, 2018

Before GREGORY, Chief Judge, KEENAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Richard Leo Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Leo Williams appeals the district court's order denying his Fed. R. Civ. P. 60 motion in which he sought to challenge his state convictions. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Williams v. Virginia*, No. 1:18-cv-00535-CMH-JFA (E.D. Va. July 16, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*